UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00025 |
| | ) | JUDGE CAMPBELL |
| MARIO IBERRA RAIZ | ) | |
| a/k/a JOSE VALLECILLO-LOZANO | ) | |

ORDER

Pending before the Court is Defendant Raiz's Motion For Change Of Plea Hearing (Docket No. 53). The Motion is GRANTED. The Court will hold a change of plea hearing for Defendant Raiz on September 4, 2014, at 2:00 p.m. Any proposed plea agreement shall be submitted to the Court on or before September 2, 2014.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE